Vincent J. CANTERA, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD (WORLEY AND OBETZ), Respondent

No. 854 MAL 2016

Supreme Court of Pennsylvania.

May 16, 2017

## ORDER

PER CURIAM

AND NOW, this 16th day of May, 2017, the Petition for Allowance of Appeal is DENIED.

Jonathan Wayne HART, Petitioner

v.

UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent

No. 841 MAL 2016

Supreme Court of Pennsylvania.

May 16, 2017

## ORDER

PER CURIAM

AND NOW, this 16th day of May, 2017, the Petition for Allowance of Appeal is DENIED.

Aziz MOUMEN, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD (SUPREME MID ATLANTIC TRUCKING), Respondent

No. 836 MAL 2016

Supreme Court of Pennsylvania.

May 16, 2017

## ORDER

PER CURIAM

AND NOW, this 16th day of May, 2017, the Petition for Allowance of Appeal is DENIED.